Index # 08 cv 01522
Purchased/Filed: March 18, 2008

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Jesus Armando Amaya, on behalf of himself and others similarly situated     Plaintiff

against

Soho Grand Hotel, Inc.; et al     Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Approx. Age: 45 Yrs.
Weight: 120 Lbs. Height: 5' 0" Sex: Female Color of skin: White
Hair color: Brown Other: _____

__Robin Brandow__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __May 5, 2008__, at __1:25 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed __Amended Summons in a Civil Action & Amended Complaint__ on __Soho Grand Hotel, Inc.__, the Defendant in this action, by delivering to and leaving with __Carol Vogt__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __BUSINESS CORPORATION LAW §306__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
5th day of May, 2008

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice•Work Order # 0808600

08007723

Index # 08 cv 01522
Purchased/Filed: March 18, 2008

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York       U. S. District Court       Southern Dist. County

Jesus Armando Amaya, on behalf of himself and others similarly situated       Plaintiff

against

Soho Grand Hotel, Inc.; et al       Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Approx. Age: 45 Yrs.
Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Brown   Other: _____

Robin Brandow, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on May 5, 2008, at 1:25 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Amended Summons in a Civil Action & Amended Complaint on Hartz Mountain Industries, Inc., the Defendant in this action, by delivering to and leaving with Carol Vogt, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

5th day of May, 2008

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

08-007725

Robin Brandow

Invoice•Work Order # 0808604