UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JESUS ARMANDO AMAYA,
On behalf of himself and others similarly
Situated,

                Plaintiff,

     v.

SOHO GRAND HOTEL, INC., TRIBECA
GRAND HOTEL, INC., and HARTZ
MOUNTIAN INDUSTRIES, INC.,

                Defendants.
------------------------------------------------------------x

INDEX NO.: 08 CV 01522

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that Defendants Soho Grand Hotel, Inc., Tribeca Grand Hotel, Inc., and Hartz Mountain Industries, Inc. ("Defendants") are privately held corporations and no publicly held corporation owns 10% or more of any of the Defendants' stock.

                                                Respectfully submitted,

                                                JACKSON LEWIS LLP
                                                59 Maiden Lane
                                                New York, New York 10038-4502
                                                (212) 545-4000

Dated: June 25, 2008       By:    */s/ Lori Bauer*
      New York, New York            Lori D. Bauer (8098)
                                           Richard I. Greenberg (4911)

                                                ATTORNEYS FOR DEFENDANTS